JANET M. HEROLD, Regional Solicitor
IAN H. ELIASOPH, Counsel for ERISA
GRACE A. KIM (S.B. # 247456)
CHARLES C. SONG (S.B. #204497)
Senior Trial Attorneys
U.S. DEPARTMENT OF LABOR
Office of the Solicitor
350 S. Figueroa St., Ste. 370
Los Angeles, CA 90071
Telephone: (213) 894-3950
Facsimile: (213) 894-2064
Email: kim.grace@dol.gov
Attorneys for Plaintiff Secretary of Labor

BRIAN D. BOYLE (S.B. #126576)
bboyle@omm.com
SHANNON M. BARRETT (*Pro Hac Vice*)
sbarrett@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

CATALINA J. VERGARA (S.B. #223775)
cvergara@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE SCALIA, Secretary of Labor, United States Department of Labor[1],<br><br>Plaintiff,<br><br>v.<br><br>CITY NATIONAL CORPORATION, *et al.*,<br><br>Defendants. | Case No. 2:15-cv-03084-TJH (JCx)<br><br>**ORDER ENTERING STIPULATED REVISED JUDGMENT [171]**<br><br>Judge: Hon. Terry J. Hatter Jr.<br>Magistrate: Hon. Jacqueline Chooljian |

JS-6

---

[1] Eugene Scalia was appointed Secretary of Labor effective September 30, 2019. Pursuant to Fed. R. Civ. P. 25(d), the caption has been changed to reflect the appointment.

THE COURT, having reviewed the Stipulated Revised Judgment of the Parties, hereby ORDERS that:

1. Judgment is hereby entered in favor of Plaintiff and against Defendants jointly and severally in the amount of $6,275,253.27 ("Revised Judgment Amount");

2. The Revised Judgment Amount shall be deposited into the Plan account within forty-five (45) days of the entry of this Order and distributed to Plan participants pursuant to a plan of allocation to be determined by the Plan fiduciaries in accordance with published DOL guidance; and

3. Written confirmation of this payment, with supporting documentation, shall be provided to the U.S. Department of Labor, Employee Benefits Security Administration, ATTN: Jerome Raguero, 35 N. Lake Ave., Suite 300, Pasadena, CA 91101, within ten (10) calendar days of payment having been rendered.

Dated: December 2, 2019

*[signature: Terry J. Hatter, Jr.]*

The Hon. Terry J. Hatter Jr.
United States District Judge

CC: FISCAL